893 F.2d 1338
 Great Western Trucking Co., Inc., Jarvis Leasing Inc.,
Merchants Fast Motor Lines, Central Freight Lines, Inc., Big
State Freight Lines, Inc., Brown Express, Inc., Herder Truck
Line, Inc., State of Texas, Regular Common Carrier Conference
v.
Interstate Commerce Commission, U.S., Quaker Oats Company,
Rubber Manufacturers Assoc., National-American Wholesale
Grocers' Association, Custom Carriers, C.H. Robinson Co.,
Iowa Continental Shippers, Inc.
 NO. 88-7041
 United States Court of Appeals,
Ninth Circuit.
 DEC 14, 1989
 
 1
 Appeal From: I.C.C.
 
 
 2
 REVIEW DENIED.